**1633** AITCHESON vs. HUEBNER (County Treasurer), No. 12540, 90 M., 643.

To compel respondent to issue to relator tax deeds for certain lands and to permit relator to inspect and examine the State Land Tax Book, and copy therefrom.

Granted in part March 18, 1892, with costs directing respondent, subject to the provisions of Act 205, Public Acts 1889, to furnish to relator at all times during business hours, proper and reasonable facilities for the inspection and examination of the State land tax book, and permit him to make memoranda therefrom.

**1634** TYLER (Highway Comr., Dover) vs. BRIGGS (Highway Comr., Madison), No. 11988.

For a mandamus to compel the vacation of an order discontinuing a highway.

Denied May 20, 1891.

An alleged highway existed between townships of Dover and Madison, but deflected into latter township to avoid a swamp. Respondent discontinued so much of said way as lay wholly within Madison. Answer denies that the deflected portion of the road was a town line road, but avers that it was opened and maintained by Madison.

**1635** LUCAS vs. SPENCER (Highway Comr.), No. 13295.

To compel the discontinuance of a highway.

Denied March 8, 1893, with costs.

The answer alleged that the highway was a State road.